IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOANN SANDERS HARTZOG,** *et al.*                                    **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO. 2:16-CV-2-KS-MTP**

**J. M. HACKETT,** *et al.*                                             **DEFENDANTS**

### ORDER

On December 20, 2016, Defendants filed a Motion to Exclude [97] the expert testimony of Charlene May. Plaintiffs shall respond on or before **January 3, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of Plaintiff's response, but no later than **January 10, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the  21st  day of December, 2016.

                                                s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE